UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHIE A. HILL,

    Plaintiff,

v.

LT. SAMPLES, LT. HUGHES, LT. LOCKRIDGE, D. BRYMER, DR. HERMAN O. LYEL, SO FOZZARD, RANDY J. DAVIS, and BUREAU OF PRISONS,

    Defendants.

Case No. 06-cv-751-JPG

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered against plaintiff Richie A. Hill and in favor of defendants D. Brymer, Dr. Herman O. Lyel, So Fozzard, Randy J. Davis and the Bureau of Prisons on all claims and that those claims are dismissed with prejudice,

The plaintiff having filed a notice of dismissal without prejudice as to all remaining claims,

IT IS FURTHER ORDERED AND ADJUDGED that those claims are dismissed without prejudice and that this case is dismissed without prejudice.

**KEENAN G. CASADY, CLERK**

**Dated: March 2, 2009**           **s/Brenda K. Lowe**
**Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
            **J. PHIL GILBERT**